# UNITED STATES DISTRICT COURT FOR THE

**Western District of Wisconsin**

FILED/REC'D

2026 MAY 18 A 10: 37

U.S. ___ ___ ___RT
___ OF WI

| | |
|---|---|
| Alyssa Dowling ) | |
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 26-cv-463-wmc |
| ⁻ERIC KOMITEE⁻ ⁻) ⁻ ⁻ | |
| _____ ) | |
| *Defendant* | |

Plaintiff demands a trial by Court.

Plaintiff: ALYSSA DOWLING

Defendant: ERIC KOMITEE

Claim: Defendant displayed discrimination.

Fact: ERIC KOMITEE failed to show due respect.

Prayer for Relief: WHEREFORE, plaintiff requests the Court to grant relief that is just and proper. Plaintiff requests a chance to amend the Complaint before the dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/18/26

Alyssa Dowling